# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANA VANGJELI, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LINWOOD BANKS et al., | : | No. 19-1635 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 12th day of December, 2019, upon consideration of Plaintiff Suzana Vangjeli's Motion to Compel (Doc. No. 20), the defendants' response thereto (Doc. No 21), the defendants' Motion to Compel (Doc. No. 22), and Ms. Vangjeli's response thereto (Doc. No. 23), it is **ORDERED**, as outlined in the Court's accompanying Memorandum, that:

1. Ms. Vangjeli's Motion to Compel (Doc. No. 20) is **DENIED**; and
2. The defendants' Motion to Compel (Doc. No. 22) is **GRANTED IN PART and DENIED IN PART**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge