IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANA VANGJELI, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LINWOOD BANKS *et al.*, | : | No. 19-1635 |
|     *Defendants* | : | |

## ORDER

AND NOW, this 3rd day of April, 2020, upon consideration of Defendants' Motion to Strike Emotional Distress Damages for Failure to Obey Court Order (Doc. No. 51), the parties' joint stipulation that Plaintiff will withdraw her claim for damages based on emotional distress (Doc. No. 54), Defendants' Motion to Strike Case from Jury Calendar (Doc. No. 52), and Plaintiff's response thereto (Doc. No. 53), it is **ORDERED** that:

1. Defendants' Motion to Strike Emotional Distress Claims for Failure to Obey Court Order (Doc. No. 51) is **DEEMED MOOT**;[1] and

2. Defendants' Motion to Strike Case from Jury Calendar (Doc. No. 52) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] After the defendants moved to strike the plaintiff's claim for emotional distress damages, the parties stipulated that the plaintiff will withdraw her claim for damages based on emotional distress. Therefore, the defendants' motion to strike the plaintiff's claim for emotional distress damages is moot.