IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANA VANGJELI, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LINWOOD BANKS, *et al.*, | : | No. 19-1635 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 1st day of October, 2020, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 24), Plaintiff's Response (Doc. No. 28), and Defendants' Reply (Doc. No. 39), it is **ORDERED** that the Motion for Summary Judgment (Doc. No. 24) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**