IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANA VANGJELI, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LINWOOD BANKS et al., | : | |
| *Defendants* | : | No. 19-1635 |

## ORDER

AND NOW, this 5th day of April, 2023, upon consideration of Plaintiff Suzana Vangjeli's September 29, 2022 letter to the Court, and following the evidentiary hearing on December 21, 2022, it is hereby **ORDERED** as follows, for the reasons set forth in the accompanying Memorandum:

1. The September 27, 2022 Order dismissing this action (Doc. No. 82) is **VACATED**.

2. The Clerk of Court is directed to **RE-OPEN** this matter.

3. Mr. Banks and Triple Canopy's Motion to Enforce the Settlement (Doc. No. 86) and Mr. Banks and Triple Canopy's Unredacted Motion Filed Under Seal to Enforce Settlement (Doc. No. 88) are **DEEMED MOOT**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge